■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS SINKEVITCH, Appellant. — Appeal from a judgment of the County Court of Albany County (Harris, J.), rendered January 7, 1983, upon a verdict convicting defendant of the crime of criminal possession of stolen property in the first degree.

Judgment affirmed (see *People v Page,* 105 AD2d 930). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.